FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 17 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

MENACHEM M. SANDERS

                Plaintiff,

        -against-

COLLECTION BUREAU OF AMERICA, LTD

                Defendant.

-----------------------------------------------------------

15 CV 4447 (CBA) (CLP)

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the

plaintiff, being that the matter has been resolved, pursuant to Rule 41(a)(1), this action

shall be, and it hereby is, dismissed with prejudice and without costs to either party.

*Adam J. Fishbein*

_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

   s/Carol Bagley Amon

U.S.D.J.

6/17/16